ACCEPTED
06-14-00071-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/4/2015 2:23:53 PM
DEBBIE AUTREY
CLERK

# No. 06-14-00071-CV

IN THE COURT OF APPEALS FOR THE
SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/4/2015 2:23:53 PM
DEBBIE AUTREY
Clerk

IN THE INTEREST OF A. B. O. and E. B. O., Children

## UNOPPOSED MOTION TO EXTEND TIME FOR FILING BRIEF OF APPELLEE

TO THE HONORABLE COURT OF APPEALS:

Melanie McMurtry, Appellee in the above styled and numbered cause, hereby moves the Court pursuant to Rule 38.6(d), Texas Rules of Appellate Procedure, for an extension of time to file her brief. As grounds for such extension the Appellee would show unto the Court the following:

I.

This is Appellee's first request for an extension of time in which to file her brief. Appellee's brief is due to be filed on February 9, 2015.

II.

Counsel for Appellee has begun preparation of Appellee's brief in this case, however, due to other commitments counsel has been unable to complete research and finalize the brief in this case. Those commitments include:

1.   Serving as mediator in <u>Robert Duran vs. Southwest Arkansas Electric Cooperative Corporation vs. Charles Glover, Jr. d/b/a Charles Glover Trenching and Backhoe</u>; No. CV2011-128-1 in the Circuit Court of Miller County, Arkansas;

2.   Preparation for and attendance at depositions in <u>August Harder v. Harold E. Boldt, et al</u>, No. 46cv-14-61-1 in the Circuit Court of Miller County, Arkansas;

3.   Preparation and filing of Plaintiff's Complaint for Trademark Infringement in <u>Keith Manufacturing Co. v. Cargo Floor B.V.</u>, Civil Action No. 5:15-cv-00009 in the United States District Court, Eastern District of Texas; and

4.   Preparation for and attendance at hearing on Defendant's Motion for New Trial and Defendant's Motion to Modify Judgment in <u>John Alexander Smith v. City National Bank of Sulphur Springs</u>, Cause No. CV40681 in the 62nd District Court of Hopkins County, Texas.

## III.

Due to the above matters, counsel for Appellee has been unable to properly research and prepare the brief in the above referenced cause.

## IV.

Therefore, Appellee would request an extension of thirty (30) days in which to file her brief. The requested extension should not in the ordinary course of procedure in this court delay oral argument and submission and is not requested for delay but that justice be served.

WHEREFORE, PREMISES CONSIDERED, Melanie McMurtry, Appellee, prays that the time for filing her appellate brief be extended thirty (30) days until March 11, 2015.

Respectfully submitted,

/s/ *John R. Mercy*
John R. Mercy
Texas State Bar No. 13947200
MERCY ✫ CARTER ✫ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX 75503
Telephone: (903) 794-9419
Facsimile: (903) 794-1268
E-mail: jmercy@texarkanalawyers.com

ATTORNEY FOR APPELLEE

### CERTIFICATE OF CONFERENCE

I have contacted Lisa McPherson, Attorney for Appellant, regarding the relief sought by this motion and she has no objection to the motion.

/s/ *John R. Mercy*
John R. Mercy

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Unopposed Motion to Extend Time for Filing Brief of Appellee* has been forwarded to:

Brent Langdon
LANGDON ✶ DAVIS, LLP
5902 Summerfield, Ste. A
Texarkana, TX 75503
Email: blangdon@ldatty.com

Ms. Lisa McPherson
LANGDON ✶ DAVIS, LLP
5902 Summerfield, Ste. A
Texarkana, TX 75503
Email: lmcpherson@ldatty.com

Attorneys for Appellant, on this the 4th day of February, 2015.

/s/ *John R. Mercy*
John R. Mercy